EDWARD VAN ORDEN, Respondent, *v.* WILLIAM D. ANDREWS et al. Appellants.

(Argued December 19, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1887, which affirmed a judgment in favor of

plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Jesse Johnson* for appellants.

*W. T. B. Milliken* for respondent.

Agree to affirm; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.